Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−15525−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael F Logsdon
   78 Route 50
   Ocean View, NJ 08230

Social Security No.:
   xxx−xx−7790

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 2, 2021.

Dated: June 3, 2021
JAN: kvr

                               Jeanne Naughton
                               Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael F Logsdon  
    Debtor

Case No. 20-15525-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jun 03, 2021      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Logsdon, 78 Route 50, Ocean View, NJ 08230-1113 |
| 518801307 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518813642 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518801308 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518809051 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518855267 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518801314 | | FM/ Citizens Bank, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 518801313 | | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 518832010 | | Hampton Hospital, 650 Rancocas Rd, Westampton, NJ 08060-5613 |
| 518801316 | | Leah Zeitz, c/o Leo Dubler, Esq, 20000 Horizon Way Ste 300, Mount Laurel, NJ 08054-4311 |
| 518801318 | # | Merchants Credit Guide, 223 W Jackson Blvd Ste 700, Chicago, IL 60606-6914 |
| 518801320 | | Prosper Markeplace, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518832012 | | Radiology Associates of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518801322 | | State of New Jersey Student Assitance, PO Box 538, Trenton, NJ 08625-0538 |
| 518801324 | + | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 518801325 | | US Department of HUD, c/o Deval, 1255 Corporate Dr Ste 300, Irving, TX 75038-2585 |
| 518832015 | | Upper Township EMS, Cape Medical Billing, PO Box 670, Cape May Court House, NJ 08210-0670 |
| 518832016 | | Virtua Hospital, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518801312 | | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 03 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 03 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518801310 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 03 2021 20:31:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518832007 | | Email/Text: lriley@caperegional.com | Jun 03 2021 20:30:00 | Cape Regional Medical Center, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 518806092 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 03 2021 21:46:11 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518801309 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 03 2021 21:47:02 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518801311 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2021 21:45:59 | Credit One Bank, PO Box 98873, Las Vegas, NV |

Case 20-15525-JNP    Doc 49    Filed 06/05/21    Entered 06/06/21 00:17:32    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: plncf13 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 518832008 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 03 2021 21:46:03 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 518832009 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 03 2021 20:31:00 | Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518801315 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 03 2021 21:45:56 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 518838648 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 21:46:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518871389 | | Email/Text: camanagement@mtb.com | Jun 03 2021 20:30:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518801317 | | Email/Text: camanagement@mtb.com | Jun 03 2021 20:30:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518801319 | | Email/Text: ml-ebn@missionlane.com | Jun 03 2021 20:30:00 | Mission Lane BSB, PO Box 105286, Atlanta, GA 30348 |
| 518832011 | | Email/Text: bankruptcy@sccompanies.com | Jun 03 2021 20:31:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518872582 | + | Email/Text: bncmail@w-legal.com | Jun 03 2021 20:31:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518833413 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 20:31:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518833412 | | Email/Text: bnc-quantum@quantum3group.com | Jun 03 2021 20:31:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518872616 | + | Email/Text: bncmail@w-legal.com | Jun 03 2021 20:31:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518801321 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:46:10 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518832013 | + | Email/Text: jboehler@shorememorial.org | Jun 03 2021 20:31:00 | Shore Memorial Hospital, 100 Medical Center Way, Somers Point, NJ 08244-2389 |
| 518801323 | | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:46:59 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 518802328 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 03 2021 21:46:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518832014 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 03 2021 21:46:04 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518827304 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 03 2021 21:45:56 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518801326 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 03 2021 21:45:56 | US Department of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 518832017 | | Email/Text: bnc-bluestem@quantum3group.com | Jun 03 2021 20:31:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518813665 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

Case 20-15525-JNP    Doc 49    Filed 06/05/21    Entered 06/06/21 00:17:32    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: plncf13 | Total Noticed: 46 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Defendant Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5