Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  20−15525−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael F Logsdon
   78 Route 50
   Ocean View, NJ 08230

Social Security No.:
   xxx−xx−7790

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 2, 2021.

On 5/19/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                  June 29, 2022
Time:                   09:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 20, 2022
JAN: lgr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael F Logsdon  
    Debtor

Case No. 20-15525-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: May 20, 2022      Form ID: 185      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Logsdon, 78 Route 50, Ocean View, NJ 08230-1113 |
| 518855267 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518801314 | | FM/ Citizens Bank, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 518832010 | | Hampton Hospital, 650 Rancocas Rd, Westampton, NJ 08060-5613 |
| 518801316 | | Leah Zeitz, c/o Leo Dubler, Esq, 20000 Horizon Way Ste 300, Mount Laurel, NJ 08054-4311 |
| 518801320 | | Prosper Markeplace, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518832012 | | Radiology Associates of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518801322 | | State of New Jersey Student Assitance, PO Box 538, Trenton, NJ 08625-0538 |
| 518801325 | | US Department of HUD, c/o Deval, 1255 Corporate Dr Ste 300, Irving, TX 75038-2585 |
| 518832015 | | Upper Township EMS, Cape Medical Billing, PO Box 670, Cape May Court House, NJ 08210-0670 |
| 518832016 | | Virtua Hospital, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 20 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518801307 | | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:46:43 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518813642 | | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:46:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518801308 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 20 2022 20:41:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518809051 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 20 2022 20:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518801310 | | Email/Text: GenesisFS@ebn.phinsolutions.com | May 20 2022 20:42:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518832007 | | Email/Text: lriley@caperegional.com | May 20 2022 20:42:00 | Cape Regional Medical Center, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 518806092 | + | Email/PDF: ebn_ais@aisinfo.com | May 20 2022 20:47:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518801309 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2022 | Form ID: 185 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 518801311 | | Email/PDF: creditonebknotifications@resurgent.com | May 20 2022 20:46:52 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518832008 | | Email/PDF: DellBKNotifications@resurgent.com | May 20 2022 20:46:54 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518801313 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 20 2022 20:47:08 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 518832009 | | Email/Text: bnc-bluestem@quantum3group.com | May 20 2022 20:42:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 518801315 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 20 2022 20:42:00 | Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518838648 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2022 20:46:51 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 518871389 | | Email/Text: camanagement@mtb.com | May 20 2022 20:46:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518801317 | | Email/Text: camanagement@mtb.com | May 20 2022 20:42:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518801319 | | Email/Text: ml-ebn@missionlane.com | May 20 2022 20:42:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518801318 | ^ | MEBN | May 20 2022 20:41:00 | Mission Lane BSB, PO Box 105286, Atlanta, GA 30348 |
| 518832011 | | Email/Text: bankruptcy@sccompanies.com | May 20 2022 20:40:34 | Merchants Credit Guide, 223 W Jackson Blvd Ste 700, Chicago, IL 60606-6914 |
| 518801320 | ^ | MEBN | May 20 2022 20:42:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518872582 | + | Email/Text: bncmail@w-legal.com | May 20 2022 20:41:03 | Prosper Markeplace, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518833413 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2022 20:42:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518833412 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2022 20:42:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518872616 | + | Email/Text: bncmail@w-legal.com | May 20 2022 20:42:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518801321 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2022 20:42:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518832013 | + | Email/Text: jboehler@shorememorial.org | May 20 2022 20:47:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518801323 | | Email/PDF: gecsedi@recoverycorp.com | May 20 2022 20:42:00 | Shore Memorial Hospital, 100 Medical Center Way, Somers Point, NJ 08244-2389 |
| 518802328 | + | Email/PDF: gecsedi@recoverycorp.com | May 20 2022 20:46:54 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 518801324 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 20 2022 20:47:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518832014 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2022 20:42:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 518827304 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 20 2022 20:46:47 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518801326 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 20 2022 20:46:41 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| | | | May 20 2022 20:46:41 | US Department of HUD, 451 7th St SW, |

| Recip ID | | | |
|---|---|---|---|
| 518832017 | Email/Text: bnc-bluestem@quantum3group.com | | Washington, DC 20410-0001 |
| | | May 20 2022 20:42:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518801312 | Email/PDF: bncnotices@becket-lee.com | May 20 2022 20:46:43 | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518813665 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518801318 | ## | Merchants Credit Guide, 223 W Jackson Blvd Ste 700, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Defendant Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6