Order Filed on June 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
| In Re:<br><br>    Michael F. Logsdon | |

Case No.:     20-15525

Chapter:      13

Hearing Date: N/A

Judge:        Jerrold N. Poslusny

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 27, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Michael F. Logsdon

Case No.: 20-15525/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

      ☒    through the Chapter 13 plan as an administrative priority.

      ☐    outside the plan.