Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−15525−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael F Logsdon
   78 Route 50
   Ocean View, NJ 08230

Social Security No.:
   xxx−xx−7790

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/16/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 17, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                              Case No. 20-15525-JNP
Michael F Logsdon                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Aug 17, 2022　　　　　　　　　Form ID: 148　　　　　　　　　　　　　Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

\+ 　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ 　　　　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael F Logsdon, 78 Route 50, Ocean View, NJ 08230-1113 |
| 518855267 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 518801314 | | FM/ Citizens Bank, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 518832010 | | Hampton Hospital, 650 Rancocas Rd, Westampton, NJ 08060-5613 |
| 518801316 | | Leah Zeitz, c/o Leo Dubler, Esq, 20000 Horizon Way Ste 300, Mount Laurel, NJ 08054-4311 |
| 518832012 | | Radiology Associates of Burlington County, PO Box 447, Hainesport, NJ 08036-0447 |
| 518801322 | | State of New Jersey Student Assitance, PO Box 538, Trenton, NJ 08625-0538 |
| 518801325 | | US Department of HUD, c/o Deval, 1255 Corporate Dr Ste 300, Irving, TX 75038-2585 |
| 518832015 | | Upper Township EMS, Cape Medical Billing, PO Box 670, Cape May Court House, NJ 08210-0670 |
| 518832016 | | Virtua Hospital, PO Box 780857, Philadelphia, PA 19178-0857 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 17 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 17 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518801307 | | Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 20:44:37 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518813642 | | Email/PDF: bncnotices@becket-lee.com | Aug 17 2022 20:44:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518801308 | | EDI: BANKAMER.COM | Aug 18 2022 00:38:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518809051 | + | EDI: BANKAMER2.COM | Aug 18 2022 00:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518801310 | | EDI: PHINGENESIS | Aug 18 2022 00:38:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 518832007 | | Email/Text: lriley@caperegional.com | Aug 17 2022 20:40:00 | Cape Regional Medical Center, 2 Stone Harbor Blvd, Cape May Court House, NJ 08210-2138 |
| 518806092 | + | EDI: AIS.COM | Aug 18 2022 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518801309 | | EDI: CAPITALONE.COM | Aug 18 2022 00:38:00 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518801311 | | Email/PDF: creditonebknotifications@resurgent.com | Aug 17 2022 20:44:20 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |

Case 20-15525-JNP    Doc 67    Filed 08/19/22    Entered 08/20/22 00:14:31    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: 148 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 518832008 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 17 2022 20:44:39 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 518801313 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 17 2022 20:41:00 | Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 518832009 | | EDI: BLUESTEM | Aug 18 2022 00:38:00 | Gettington, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518801315 | | EDI: JPMORGANCHASE | Aug 18 2022 00:38:00 | JPMCB, PO Box 15369, Wilmington, DE 19850-5369 |
| 518838648 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 17 2022 20:44:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518871389 | | Email/Text: camanagement@mtb.com | Aug 17 2022 20:41:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 518801317 | | Email/Text: camanagement@mtb.com | Aug 17 2022 20:41:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 518801319 | | Email/Text: ml-ebn@missionlane.com | Aug 17 2022 20:40:00 | Mission Lane BSB, PO Box 105286, Atlanta, GA 30348 |
| 518801318 | ^ | MEBN | Aug 17 2022 20:38:20 | Merchants Credit Guide, 223 W Jackson Blvd Ste 700, Chicago, IL 60606-6914 |
| 518832011 | | EDI: CBS7AVE | Aug 18 2022 00:38:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518801320 | ^ | MEBN | Aug 17 2022 20:38:54 | Prosper Markeplace, 221 Main St Ste 300, San Francisco, CA 94105-1909 |
| 518872582 | + | Email/Text: bncmail@w-legal.com | Aug 17 2022 20:41:00 | Prosper Marketplace Inc., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518833413 | | EDI: Q3G.COM | Aug 18 2022 00:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518833412 | | EDI: Q3G.COM | Aug 18 2022 00:38:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518872616 | + | Email/Text: bncmail@w-legal.com | Aug 17 2022 20:41:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518801321 | | EDI: CITICORP.COM | Aug 18 2022 00:38:00 | Sears, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 518832013 | + | Email/Text: jboehler@shorememorial.org | Aug 17 2022 20:41:00 | Shore Memorial Hospital, 100 Medical Center Way, Somers Point, NJ 08244-2389 |
| 518801323 | | EDI: RMSC.COM | Aug 18 2022 00:38:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 518802328 | + | EDI: RMSC.COM | Aug 18 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518801324 | + | EDI: PHINGENESIS | Aug 18 2022 00:38:00 | TBOM Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 518832014 | | EDI: CITICORP.COM | Aug 18 2022 00:38:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518827304 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 17 2022 20:44:27 | US Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 518801326 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 17 2022 20:44:27 | US Department of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 518832017 | | EDI: BLUESTEM | Aug 18 2022 00:38:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518801312 | | Email/PDF: bncnotices@becket-lee.com | | |

Case 20-15525-JNP    Doc 67    Filed 08/19/22    Entered 08/20/22 00:14:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 17, 2022 | Form ID: 148 | Total Noticed: 46 |

| | Aug 17 2022 20:44:19 | eCast Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |
|---|---|---|

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518813665 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| Moshe Rothenberg | on behalf of Defendant Michael F Logsdon moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6